**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Judy Wuollet,

                            Plaintiff,        Civil No. 04 CV-652 (RHK/JGL)

vs.

The Short-Term Disability Plan of RSKCo; The       **ORDER FOR DISMISSAL**
Long-Term Disability Plan of RSKCo; and            **WITH PREJUDICE**
Continental Casualty Company,

                           Defendants.

---

Pursuant to the Stipulation submitted by the parties, it is hereby **ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE** and without cost to any party.

**JUDGMENT SHALL BE ENTERED ACCORDINGLY**.

Dated: May 17, 2005

                                              s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge